UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**THOMAS MELADY**                                                   **CIVIL ACTION**

**VERSUS**                                                           **NO. 21-1529**

**RAY BRANDT INFINITI OF**                                           **SECTION "B"(4)**
**METAIRIE, LLC, ET AL.**

<u>**ORDER**</u>

Considering the parties' joint motion to dismiss with prejudice (Rec. Doc. 11),

**IT IS ORDERED** that the motion is **GRANTED.** Plaintiff Thomas Melady's claims against defendants Ray Brandt Infiniti of Metairie, LLC and Ray Brandt Auto Group, LLC in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE,** with each party to bear its own court costs.

New Orleans, Louisiana this 26th day of July, 2022

_____
SENIOR UNITED STATES DISTRICT JUDGE